E-FILED
Friday, 09 January, 2009   04:02:43 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| WILLIAM DALE CARTER, | ) |
| Petitioner, | ) |
| v. | ) No. 08-3263 |
| PEOPLE OF ILLINOIS, | ) |
| Respondent. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter comes before the Court on Petitioner William Dale Clark's Notice of Appeal, which the Court deems to be a Request for a Certificate of Appealability (d/e 11).

The Request for a Certificate of Appealability is denied. This Court dismissed the Petition (d/e 1) because the Petitioner was not entitled to habeas relief. <u>Opinion entered December 8, 2008 (d/e 9)</u>, at 2. This Court may only issue certificates of appealability if a petitioner makes a substantial showing of a violation of a constitutional right. 28 U.S.C. 2253(c); <u>Fed. R. App. P.</u> 22(b). When a habeas petition is denied, a certificate of appealability is appropriate only if a petitioner shows that jurists of reason

would find it debatable whether the petition states a valid claim of the denial of a constitutional right. <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000). A reasonable jurist would not find debatable this Court's conclusion that Petitioner does not have a claim of a denial of a constitutional right that would entitle him to habeas relief. The Court therefore denies his request for a Certificate of Appealability.

THEREFORE, Petitioner William Dale Carter's Request for a Certificate of Appealability (d/e 11) is DENIED.

IT IS THEREFORE SO ORDERED.

ENTER: January 9, 2009

FOR THE COURT:

                                               s/ Jeanne E. Scott
                                               JEANNE E. SCOTT
                                               UNITED STATES DISTRICT JUDGE